THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY et al., Respondents, against WILLIAM H. WOODWORTH, as Assessor of the City of Rochester, et al., Appellants.— Final order affirmed, with $50 costs and disbursements. All concur. (The final order confirms the report of the official referee and declares certain assessments for 1941, 1942, and 1943, to be illegal and void, and directs the refund of taxes paid.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post*, p. 874.]